ORDER:
Motion granted.  The Initial Case Mgt Conference is continued to March 25, 2014, at 10:00 a.m.

*/s/ E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **CTP INNOVATIONS, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**AMERICAN PRINTING COMPANY,** )<br>**INC.,** )<br>)<br>**Defendant.** ) | Civil Action No.  3:13-cv-0582<br><br>**JURY TRIAL DEMANDED** |

_____

**MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**
_____

COMES NOW Plaintiff CTP Innovations, LLC ("CTP"), and respectfully moves the Court reschedule the case management conference for a date (i) no less than 30 days from the date of the case management conference currently scheduled for January 27, 2013 at 2:00 p.m. CST, and/or (ii) after determination of motions to consolidate to be filed by CTP.  In support of this motion, CTP would show as follows:

1. CTP is the owner of U.S. Patent No. 6,661,349 (the "'349 Patent") and U.S. Patent No. 6,739,155 (the "'155 Patent"; collectively, the "CTP Patents").

2. CTP currently has the following five cases involving the CTP Patents pending in the United States District Court for the Middle District of Tennessee.

*CTP Innovations, LLC v. American Printing Company*, Case No. 3:13-cv-00582;

*CTP Innovations, LLC v. MPI Label Systems*, Case No. 3:13-cv-00583;

*CTP Innovations, LLC v. Textile Printing Company*, Case No. 3:13-cv-00584;

*CTP Innovations, LLC v. Jet Printing, LLC*, Case No. 3:13-cv-00585; and

*CTP Innovations, LLC v. Dickinson Press Inc.*, Case No. 3:13-cv-00601.[1]

---

[1] CTP has resolved a sixth case, *CTP Innovations, LLC v. Ambrose Printing Company*, Case No.

N SFM 999850 v1
2926018-000250  01/20/2014