UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CTP INNOVATIONS, LLC )
)
v. ) NO. 3:13-0582
) JUDGE CAMPBELL
AMERICAN PRINTING CO., INC. )

ORDER

Pending before the Court is Defendant American Printing Company, Inc.'s Motion to Transfer for Consolidation (Docket No. 43). The Motion is GRANTED.

Accordingly, this action is transferred to Chief District Judge William J. Haynes, Jr. as a "Related Case" to Civil Action No. 3:13-0583.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE