UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CTP INNOVATIONS, LLC** | ) |
| | ) |
| **v.** | ) Case No. 3:13-0582 |
| | ) Magistrate Judge Knowles |
| **AMERICAN PRINTING COMPANY, INC.** | ) |

### O R D E R

On February 28, 2014, Judge Haynes entered an Order consolidating this case with the Lead Case *CTP Innovations, LLC v. MPI Label Systems,* case no. 3:13-583 for the purposes of discovery, claim construction, and dispositive motions. Docket No. 25. Therefore, the Initial Case Management Conference scheduled in case no. 3:13-582 for March 25, 2014, at 10:00 a.m. is hereby **cancelled.**

Absent further orders, there will be no further proceedings before the undersigned.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge